UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ANGEL DELEON,                                                    : Case No.: 08cv2517(SAS)
                                                                 :
                Plaintiff,                                 :
                                                                 : **NOTICE OF APPEARANCE**
     - against -                                                :
                                                                 :
R.D. RICE CONSTRUCTION, INC.; EMPIRE                             :
ERECTORS AND ELECTRICAL CO., INC.; THE                           :
PADDED WAGON, INC.; and RIGGED RITE, INC.;                       :
                                                                 :
                Defendants.                                :
---------------------------------------------------------------------X

S I R S:

    PLEASE TAKE NOTICE that the Law Firm of Gersowitz, Libo & Korek, P.C., located at 111 Broadway, 12th Floor, New York, New York 10006, hereby represents Plaintiff, ANGEL DELEON, in the above captioned matter.

Dated: New York, New York
       April 3, 2008

                                            Yours, etc.

                                            _____
                                            Andrew L. Libo
                                            GERSOWITZ LIBO & KOREK, P.C.
                                            Attorneys for Plaintiff
                                            111 Broadway, 12th Floor
                                            New York, New York 10006
                                            (212) 385-4410

TO:   GOLDBERG & ASSOCIATES
        Attorneys for Defendants The Padded
        Wagon, Inc. and Rigged Rite, Inc.
        39 Broadway, 17th Floor
        New York, New York 10006

        MCMAHON, MARTINE & GALLAGHER
        Attorneys for Defendant R.D. Rice Construction, Inc.
        55 Washington Street, 7th Floor

Brooklyn, New York 11201

BIVONA & COHEN, P.C.
Attorneys for Defendant Empire Erectors and
Electrical Co., Inc.
Wall Street Plaza
88 Pine Street, 25th Floor
New York, New York 10005

ROBINSON & COLE, LLP
Attorneys for Third-Party Defendant
First Specialty Insurance Company
695 East Main Street
Stamford, CT 06901

LAW OFFICE OF THOMAS K. MOORE
Attorneys for Third-Party Defendant
Carvart Glass, Inc.
701 Westchester Avenue, Suite 101W
White Plains, New York 10604

GOLDBERG & CONNOLLY
Attorneys for Third-Party Defendant
RG Glass Creations, Inc.
66 North Village Avenue
Rockville Centre, New York 11570