# GERSOWITZ LIBO & KOREK, P.C.

### ATTORNEYS AT LAW
### III BROADWAY · 12TH FLOOR
### NEW YORK, NY 10006

157 ENGLE STREET
ENGLEWOOD, NJ 07631

TEL: (201) 541-8540
A PROFESSIONAL CORPORATION
INCORPORATED IN THE
STATE OF NEW YORK

TEL: (212) 385-4410 • FAX: (212) 385-4417
EMAIL: INFO@LAWYERTIME.COM

July 23, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**
Hon. Shira A. Scheindlin
United States District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

**Re:     Angel Deleon v. R.D. Rice Construction, Inc., et al.**
**U.S. District Court, Southern District of New York**
**Case No.: 08CV2517(SAS)**

Dear Honorable Madam:

        This firm represents the Plaintiff, Angel Deleon in the above-referenced matter. This matter has recently settled for the sum of $245,000.00. An Order of Dismissal was issued by the Court on May 27, 2008. Plaintiff's initial 30 day deadline to restore this matter to the Court's calendar was extended to July 28, 2008. To date, despite having forwarded all the necessary settlement documents to defense counsel on June 5, 2008, full payment of the settlement proceeds has yet to be received. We respectfully request an additional 30 day extension to August 27, 2008 to restore this matter to the Court's calendar.

        Thank you for your attention to this matter.

*Plaintiff's request is granted. Plaintiff's time to restore this action to the calendar is extended to August 27, 2008.*

Respectfully Submitted,
Gersowitz, Libo & Korek, P.C.

Andrew L. Libo (8355)

*SO ORDERED:*

*Dated: New York, New York*
*July 25, 2008*

*Shira A. Scheindlin*
*U.S.D.J.*



cc:

Hon. Douglas F. Eaton
United States District Court, Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

Goldberg & Associates
39 Broadway, 17th Floor
New York, New York 10006
Attn: William H. Grae, Esq.

McMahon, Martine & Gallagher
55 Washington Street, 7th Floor
Brooklyn, New York 11201
Attn: Andrew D. Showers, Esq.

Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street, 25th Floor
New York, New York 10005
Attn: Michael Seltzer, Esq.

Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06901

Law Office of Thomas K. Moore
701 Westchester Avenue, Suite 101W
White Plains, New York 10604

Goldberg & Connolly
66 North Village Avenue
Rockville Centre, New York 11570