# GERSOWITZ LIBO & KOREK, P.C.

ATTORNEYS AT LAW

111 BROADWAY - 12TH FLOOR
NEW YORK, NY 10006

TEL: (212) 385-4410 • FAX: (212) 385-4417
EMAIL: info@lawyertime.com



157 ENGLE STREET
ENGLEWOOD, NJ 07631

TEL: (201) 541-8540
A PROFESSIONAL CORPORATION
INCORPORATED IN THE
STATE OF NEW YORK

July 23, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**
Hon. Shira A. Scheindlin
United States District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   Angel Deleon v. R.D. Rice Construction, Inc., et al.
      U.S. District Court, Southern District of New York
      Case No.: 08CV2517(SAS)

Dear Honorable Madam:

    This firm represents the Plaintiff, Angel Deleon in the above-referenced matter. This matter has recently settled for the sum of $245,000.00. An Order of Dismissal was issued by the Court on May 27, 2008. Plaintiff's initial 30 day deadline to restore this matter to the Court's calendar was extended to July 28, 2008. To date, despite having forwarded all the necessary settlement documents to defense counsel on June 5, 2008, full payment of the settlement proceeds has yet to be received. We respectfully request an additional 30 day extension to August 27, 2008 to restore this matter to the Court's calendar.

Thank you for your attention to this matter.

Respectfully Submitted,
Gersowitz, Libo & Korek, P.C.

Andrew L. Libo (8335)

*Plaintiff's request is granted. The date by which the parties may request restoration of this action to the calendar is extended to August 27, 2008.*

SO ORDERED:

Dated: New York, New York
July 28, 2008

Shira A. Scheindlin
U.S.D.J.

cc:

Hon. Douglas F. Eaton
United States District Court, Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

Goldberg & Associates
39 Broadway, 17th Floor
New York, New York 10006
Attn: William H. Grae, Esq.

McMahon, Martine & Gallagher
55 Washington Street, 7th Floor
Brooklyn, New York 11201
Attn: Andrew D. Showers, Esq.

Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street, 25th Floor
New York, New York 10005
Attn: Michael Seltzer, Esq.

Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06901

Law Office of Thomas K. Moore
701 Westchester Avenue, Suite 101W
White Plains, New York 10604

Goldberg & Connolly
66 North Village Avenue
Rockville Centre, New York 11570